**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CASEY DWORKIN** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **CIVIL ACTION NO.** |
| | ) | |
| | ) | **COMPLAINT** |
| **JP MORGAN CHASE BANK, N.A.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## PRELIMINARY STATEMENT

1. This is an action for damages brought by an individual consumer against Defendant JP Morgan Chase Bank, N.A. for violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681, *et seq.*

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C. § 1681p and 28 U.S.C. §§ 1331 and 1337.

3. Venue lies properly in this district pursuant to 28 U.S.C. § 1391 (b).

## PARTIES

4. Plaintiff Casey Dworkin is an adult individual who resides in the Commonwealth of Pennsylvania.

5. Defendant JP Morgan Chase Bank, N.A. ("Chase") is a business entity which regularly conducts business in the Eastern District of Pennsylvania, and which has a principal place of business located at 10 S. Dearborn Street, Chicago, IL 60603.

## FACTUAL ALLEGATIONS

6. Defendant has been reporting derogatory and inaccurate statements and information relating to Plaintiff and Plaintiff's credit history to third parties (hereafter the "inaccurate information").

7. The inaccurate information includes, but is not limited to, an account with Defendant Chase, and personal identifying information.

8. The inaccurate information negatively reflects upon the Plaintiff, Plaintiff's credit repayment history, Plaintiff's financial responsibility as a debtor and Plaintiff's credit worthiness. The inaccurate information consists of an account that belongs to Plaintiff's former business and for which Plaintiff has no personal responsibility.

9. Additionally, Plaintiff has disputed the inaccurate information concerning the Chase account with Defendant, as well as with various credit reporting agencies in or around November 2025. Notwithstanding Plaintiff's dispute, Defendant has failed to conduct timely and reasonable investigations of Plaintiff's dispute after being contacted by the relevant credit reporting agencies concerning Plaintiff's dispute and has willfully continued to report such inaccurate information to various credit reporting agencies.

10. Despite Plaintiff's exhaustive efforts to date, Defendant has nonetheless deliberately, willfully, intentionally, recklessly and negligently repeatedly failed to perform reasonable reinvestigations of the above dispute as required by the FCRA, has failed to remove the inaccurate information, has failed to report on the results of its reinvestigations to all credit reporting agencies, and has continued to report the derogatory inaccurate information about the Plaintiff.

11. Plaintiff has applied for and has been denied various loans and extensions of consumer credit on many different occasions, and Plaintiff has been informed that the basis for these denials was the inaccurate information that appears on Plaintiff's credit reports and that the inaccurate information was a substantial factor for those denials.

12. Plaintiff's credit reports and file have been obtained from credit reporting agencies and have been reviewed many times by prospective and existing credit grantors and extenders of credit, and the inaccurate information reported by Defendant has been a substantial factor in precluding Plaintiff from receiving many different credit offers and opportunities, known and unknown.

13. As a result of Defendant's conduct, Plaintiff has suffered actual damages in the form of credit denial or loss of credit opportunity, credit defamation and emotional distress, including anxiety, frustration, embarrassment and humiliation.

14. At all times pertinent hereto, Defendant was acting by and through its agents, servants and/or employees who were acting within the course and scope of their agency or employment, and under the direct supervision and control of the Defendant herein.

15. At all times pertinent hereto, the conduct of the Defendant, as well as that of its agents, servants and/or employees, was intentional, willful, reckless, and in grossly negligent disregard for federal and state laws and the rights of the Plaintiff herein.

## V. CLAIMS

### COUNT ONE - FCRA

16. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

17. At all times pertinent hereto, Defendant was a "person" as that term defined by 15 U.S.C. § 1681a(b).

18. Pursuant to 15 U.S.C. §1681n and 15 U.S.C. §1681o, Defendant is liable to the Plaintiff for willfully and negligently failing to comply with the requirements imposed on a consumer reporting agency of information pursuant to 15 U.S.C. §1681s-2(b).

19. Defendant's conduct was a direct and proximate cause, as well as a

substantial factor, in causing the serious injuries, damages and harm to the Plaintiff that are outlined more fully above, and as a result, Defendant is liable to compensate Plaintiff for the full amount of statutory, actual and punitive damages, along with attorneys' fees and costs, as well as such other relief, permitted by law.

## VI. JURY TRIAL DEMAND

20. Plaintiff demands trial by jury on all issues so triable.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff seeks judgment in Plaintiff's favor and damages against the Defendant, based on the following requested relief:

(a) Actual damages;

(b) Statutory damages;

(c) Punitive damages;

(d) Costs and reasonable attorney's fees pursuant to 15 U.S.C. §§1681n, 1681o;

(e) An order directing that Defendant immediately delete all of the inaccurate information from Plaintiff's credit reports and files and cease reporting the inaccurate information to any and all persons and entities to whom they report consumer credit information; and

(f) Such other and further relief as may be necessary, just and proper.

Respectfully submitted,

____________________

Mark D. Mailman, Esq
Geoffrey H. Baskerville, Esq.
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
(215) 735-8600
gbaskerville@consumerlawfirm.com

Dated: October 28, 2026